Richard A. Marshack (TR), Chapter 7 Trustee
870 Roosevelt
Irvine, CA 92620
pkraus@marshackhays.com

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | | |
|---|---|---|
| In re: | § | |
| GUGLIUZZA, CHARLES FRANCIS | § | Case No.  8:12-bk-22893-CB |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Richard A. Marshack (TR), Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $479,506.00 (Without deducting any secured claims) | Assets Exempt: $303,351.29 |
| Total Distributions to Claimants: $165,277.57 | Claims Discharged Without Payment: $17,339,395.06 |
| Total Expenses of Administration: $160,831.55 | |

3) Total gross receipts of $326,109.12 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $326,109.12 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $1,725,000.00 | $561,587.00 | $561,587.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $57,730.62 | $160,831.55 | $160,831.55 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $18,205,605.28 | $17,644,058.02 | $17,504,670.63 | $165,277.57 |
| **TOTAL DISBURSEMENTS** | $19,930,605.28 | $18,263,375.64 | $18,227,089.18 | $326,109.12 |

4) This case was originally filed under chapter 7 on 11/07/2012. The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    07/14/2018                    By :    /s/ Richard A. Marshack (TR)

                                                     Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Debtor's Residence Location: 17 Chardonnay Dr Lade | 1110-000 | $159,000.00 |
| Federal and State Tax Refunds for 2011 | 1124-000 | $16,552.85 |
| Officer Loan to Corporation Location: Debtor's Pos | 1129-000 | $4,877.95 |
| 2011 Suburban Location: Debtor's Possession | 1129-000 | $16,050.00 |
| 2007 Audi Q7 Mileage: Location: Debtor's Possessio | 1129-000 | $5,000.00 |
| Universal Life Insurance Policy Location: State Fa | 1129-000 | $26,194.00 |
| Savings Account Location: Bank of America | 1129-000 | $2,512.00 |
| Checking Account Location: Chase Bank (All funds i | 1129-000 | $3,154.50 |
| Pending Construction Defect Lawsuit against Shea H | 1129-000 | $4,635.66 |
| Cash Location: Debtor's Possession | 1129-000 | $9,550.00 |
| Checking Account Location: Bank of America | 1129-000 | $699.00 |
| Checking Account Location: Wells Fargo | 1129-000 | $593.00 |
| eTrade Account Location: eTrade | 1129-000 | $989.05 |
| 2012 TAX REFUND (Estate's portion 83%) | 1224-000 | $37,820.85 |
| 2012 WAGE BONUS | 1229-000 | $5,480.26 |
| Pre-Petition Attorney Retainers | 1249-000 | $33,000.00 |
| **TOTAL GROSS RECEIPTS** | | $326,109.12 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00001 | Federal Trade Commission | 4210-000 | $475,000.00 | $561,587.00 | $561,587.00 | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CitiMortgage | | NA | NA | NA | $0.00 |
| | Citimortgage Inc | | $475,000.00 | NA | NA | $0.00 |
| | Wells Fargo | | $775,000.00 | NA | NA | $0.00 |
| | **TOTAL SECURED** | | $1,725,000.00 | $561,587.00 | $561,587.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard  A. Marshack | 2200-000 | NA | $124.06 | $124.06 | $124.06 |
| Hahn Fife & Company LLP | 3410-000 | NA | $2,501.00 | $2,501.00 | $2,501.00 |
| Hahn Fife & Company LLP | 3420-000 | NA | $477.30 | $477.30 | $477.30 |
| Richard  A. Marshack | 2100-000 | NA | $19,555.46 | $19,555.46 | $19,555.46 |
| Marshack Hays LLP | 3110-000 | NA | $18,110.00 | $119,195.50 | $119,195.50 |
| Marshack Hays LLP | 3120-000 | NA | $164.60 | $2,180.03 | $2,180.03 |
| FIDELITY NATIONAL TITLE | 2820-000 | NA | $174.90 | $174.90 | $174.90 |
| International Sureties LTD | 2300-000 | NA | $217.38 | $217.38 | $217.38 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | $571.13 | $571.13 | $571.13 |
| Texas Capital Bank | 2600-000 | NA | $5,004.67 | $5,004.67 | $5,004.67 |
| UNION BANK | 2600-000 | NA | $10,830.12 | $10,830.12 | $10,830.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $57,730.62 | $160,831.55 | $160,831.55 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00003 | American Express Bank, FSB | 7100-000 | $544.61 | $552.57 | $552.57 | $5.22 |
| 00002 | American Express Bank, FSB | 7100-000 | $5,149.67 | $5,092.45 | $5,092.45 | $48.08 |
| 00001A | Federal Trade Commission | 7100-000 | $18,199,909.0 | $17,638,413.00 | $17,499,025.61 | $165,224.27 |
| | Amex PO Box | | NA | NA | NA | $0.00 |
| | Bank of America | | $1.00 | NA | NA | $0.00 |
| | Carolina Casualty Insurance | | NA | NA | NA | $0.00 |
| | Carolina Casualty Insurance | | NA | NA | NA | $0.00 |
| | Citibank | | $1.00 | NA | NA | $0.00 |
| | Federal Trade Commission | | NA | NA | NA | $0.00 |
| | GreenbergTraurig | | NA | NA | NA | $0.00 |
| | Monitor Liability Managers Inc | | NA | NA | NA | $0.00 |
| | Stefano Vranca Rothsetin Kass | | NA | NA | NA | $0.00 |
| | The Hartford Claims Department | | NA | NA | NA | $0.00 |
| | The Hartford Compliance | | NA | NA | NA | $0.00 |
| | Twin City Fire Insurance | | NA | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $18,205,605.28 | $17,644,058.02 | $17,504,670.63 | $165,277.57 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | |
|---|---|
| Case No: **12-22893** | Judge: **Catherine E. Bauer**   Trustee Name: **Richard A. Marshack (TR)** |
| Case Name: **GUGLIUZZA, CHARLES FRANCIS** | Date Filed (f) or Converted (c): **11/07/2012 (f)** |
| | 341(a) Meeting Date: **12/18/2012** |
| For Period Ending: **07/14/2018** | Claims Bar Date: **02/24/2014** |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value<br>(Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned<br>OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Debtor's Residence Location: 17 Chardonnay Dr Lade | 775,000.00 | 87,437.00 | | 159,000.00 | FA |
| 2. | Rental Property Location: 4678 Gerona Way Santa Ba<br>Trustee is investigating the $18m judgment; | 475,000.00 | 0.00 | OA | 0.00 | FA |
| 3. | Cash Location: Debtor's Possession | 9,550.00 | 9,550.00 | | 9,550.00 | FA |
| 4. | Checking Account Location: Bank of America | 699.00 | 699.00 | | 699.00 | FA |
| 5. | Savings Account Location: Bank of America | 2,512.00 | 2,512.00 | | 2,512.00 | FA |
| 6. | Checking Account Location: Wells Fargo | 593.00 | 593.00 | | 593.00 | FA |
| 7. | Checking Account Location: Chase Bank (All funds i | 12,618.00 | 3,154.50 | | 3,154.50 | FA |
| 8. | eTrade Account Location: eTrade | 989.05 | 989.05 | | 989.05 | FA |
| 9. | Furnishings, Household Goods, Appliances, Computer | 5,000.00 | 0.00 | | 0.00 | FA |
| 10. | Books, CDs, Tapes, Records, Pictures, Etc. Locatio | 300.00 | 0.00 | | 0.00 | FA |
| 11. | Personal and Family Clothing Location: Debtor's Re | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 12. | Personal and Family Jewelry Location: Debtor's Res | 2,500.00 | 2,500.00 | OA | 0.00 | FA |
| 13. | Sports and Hobby Equipment Location: Debtor's Resi | 500.00 | 0.00 | | 0.00 | FA |
| 14. | Universal Life Insurance Policy Location: State Fa | 37,669.00 | 26,194.00 | | 26,194.00 | FA |
| 15. | Term Life Insurance Policy Location: Phoenix Wealt | 1.00 | 1.00 | | 0.00 | FA |
| 16. | IRA Account Location: Wells Fargo (Title held by T | 24,838.00 | 0.00 | | 0.00 | FA |
| 17. | Sep Retirement Account Location: State Farm | 59,283.00 | 0.00 | | 0.00 | FA |
| 18. | Sep Retirement Account Location: State Farm | 31,753.57 | 0.00 | | 0.00 | FA |
| 19. | IRA Account Location: Wells Fargo (Title held by T | 49,391.00 | 0.00 | | 0.00 | FA |
| 20. | 401K Account Location: Hartford Group (Listed for | 8,622.22 | 0.00 | | 0.00 | FA |

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  **12-22893**
Case Name:  **GUGLIUZZA, CHARLES FRANCIS**

For Period Ending:  **07/14/2018**

Judge:  **Catherine E. Bauer**

Trustee Name:  **Richard A. Marshack (TR)**
Date Filed (f) or Converted (c):  **11/07/2012 (f)**
341(a) Meeting Date:  **12/18/2012**
Claims Bar Date:  **02/24/2014**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 21. | 50% Interest in MHCG, LLC (Fair market value liste | 1.00 | 1.00 | OA | 0.00 | FA |
| 22. | 100% Interest in Olive Tree Holdings LLC Location: | 1.00 | 1.00 | OA | 0.00 | FA |
| 23. | Approximately 125,000 Shares of Stock in Lux Digit | 1.00 | 1.00 | OA | 0.00 | FA |
| 24. | 100% Common Stock Grow Commerce, Inc. (Fair Market | 1.00 | 1.00 | | 0.00 | FA |
| 25. | Officer Loan to Corporation Location: Debtor's Pos | 4,877.95 | 4,877.95 | | 4,877.95 | FA |
| 26. | Federal and State Tax Refunds for 2011 | Unknown | Unknown | | 16,552.85 | FA |
| 27. | Pending Construction Defect Lawsuit against Shea H | Unknown | 1.00 | | 4,635.66 | FA |
| 28. | 2007 Audi Q7 Mileage: Location: Debtor's Possessio | 14,439.00 | 14,439.00 | | 5,000.00 | FA |
| 29. | 2011 Suburban Location: Debtor's Possession | 21,900.00 | 19,175.00 | | 16,050.00 | FA |
| 30. | 1 Dog Location: Debtor's Residence | 1.00 | 1.00 | | 0.00 | FA |
| 31. | 2012 WAGE BONUS (u) | 0.00 | 6,225.00 | | 5,480.26 | FA |
| 32. | 2012 TAX REFUND (Estate's portion 83%) (u) | Unknown | Unknown | | 37,820.85 | FA |
| 33. | Pre-Petition Attorney Retainers (u) | Unknown | 1.00 | | 33,000.00 | FA |
| 34. | D&O Insurance Policy - The Hartford Amended B - 8-30-17 | 0.00 | 0.00 | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | NA | | 0.00 | FA |

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:** 12-22893 | **Judge:** Catherine E. Bauer | **Trustee Name:** Richard A. Marshack (TR) |
| **Case Name:** GUGLIUZZA, CHARLES FRANCIS | | **Date Filed (f) or Converted (c):** 11/07/2012 (f) |
| | | **341(a) Meeting Date:** 12/18/2012 |
| **For Period Ending:** 07/14/2018 | | **Claims Bar Date:** 02/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 1,540,040.79 | 180,353.50 | | 326,109.12 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**3/31/17:  Update from counsel:**
All assets in this case have been liquidated, and all claims reviewed. The closing of this case has been delayed by the pendency of Debtor's objection to the FTC claim. The claim objection will not substantially affect the administration of this case or distributions to creditors, and it primarily affects the Debtor's potentially non-dischargeable obligation to the FTC. To allow for final administration, distributions to creditors, and the closing of this case, the Trustee has entered into a stipulation with Debtor regarding consolidation of the claim objection with the FTC adversary for non-dischargeability of debt, estimation of the FTC claim for distribution purposes, and waiver of Debtor's surplus. The Trustee has filed a motion for approval of the stipulation with the Debtor, because the FTC refused to join in the stipulation regarding consolidation of the claim objection and the adversary. The matter is set for hearing on April 25, 2017. The Trustee anticipates that if the motion is granted and the stipulation approved, he can immediately proceed with final closing procedures.

The status conference for the FTC adversary is now continued to 5/23/17.

**3/31/16:** Trustee has liquidated all assets and all funds collected. Debtor's objection to the claim filed by the FTC is still pending. The Trustee is now in a holding pattern until the FTC issues are resolved. The Trustee is inclined not to try to do an interim distribution in this case, because if Debtor prevails against the FTC and that claim is denied we don't want to end up in a claw-back fight. The Trustee will therefore be holding funds pending resolution of the FTC issues in this case.

**3/31/15: Report from counsel**
All assets in this case have been analyzed and substantially all have been collected: only one is still in the process of being collected. The remaining issue relates to 11 USC 329 and FRBP 2016/2017 issues. In the year prior to bankruptcy the Debtor paid in excess of $130,000 as retainers to professionals including Snell & Wilmer and Nicastro Piscopo. We undertook an analysis of each of those retainer payments, and filed a motion seeking disgorgement of a portion of the largest retainer, $100,000 paid to Snell & Wilmer. That request for disgorgement is based on the argument that a so-called "earned upon receipt" retainer was not in fact earned upon receipt and therefore the balance of the retainer became property of the Estate on the Petition Date. The Trustee and his counsel determined that the other retainers were exhausted pre-petition, did not bear hallmarks of fraud, and were not property of the Estate on the Petition Date. Snell & Wilmer and the Trustee have engaged in settlement discussions and it appears that Snell & Wilmer will return to the Trustee a significant portion of the retainer that remained in its trust account on the Petition Date, which will resolve that motion and conclude the Trustee's recovery of assets.

**3/31/14:** The Trustee's settlement and sale agreement with the Debtor was approved by the Court, and Debtor has turned over all of the funds required to be turned over except for the federal income tax refund, which he received on or about April 16, 2014, and will be delivering to the Trustee on or before April 22, 2014. The Trustee, through his counsel, is continuing to investigate whether significant pre-petition retainers paid to two separate firms can and should be recovered pursuant to 11 USC 329.

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-22893 | Judge: | Catherine E. Bauer | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|---|---|

Case Name:  **GUGLIUZZA, CHARLES FRANCIS**

Date Filed (f) or Converted (c):  **11/07/2012 (f)**

341(a) Meeting Date:  **12/18/2012**

For Period Ending:  **07/14/2018**

Claims Bar Date:  **02/24/2014**

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**3/31/13: Open Issues / Unadministered Assets**

The Trustee is still analyzing the assets of this bankruptcy Estate. In addition to the assets listed in Debtor's Amended Schedule B (most of which are claimed as exempt in Debtor's Amended Schedule C), Debtor made payments of approximately $100,000 to bankruptcy counsel within the 90 days prior to the filing. The Trustee is attempting to assess the reasonableness of these payments in light of the services rendered and the propriety of these payments in light of the services anticipated to be rendered in exchange. The Trustee is in the process of negotiating a non-disclosure agreement with debtor's counsel for the relevant billing records.

The Trustee has identified five assets on Debtors' Schedule B which appear to have non-exempt equity. Such equity is property of the Estate and could be administered for the benefit of creditors. The Trustee is negotiating with Debtors, through counsel, for either turnover or purchase of the assets.

The Trustee is also analyzing whether the Debtor's residence and real property in Santa Barbara can be administered for the benefit of creditors.

Claim info: The claims bar date in this case was February 24, 2014. Three claims have been filed, two of which appear to be unobjectionable credit card claims. The third was filed by the Federal Trade Commission on account of a judgment in the amount of $18,200,000.00. On March 27, 2014, Debtor filed an objection to this claim. The trustee will await the outcome of the Debtor's objection and assess the remaining claim, if any, at that time.

Tax info: 3/31/16 - the file has been sent to Trustee's accountant.

3/31/15: The file will be sent to Trustee's accountant for preparation of Estate tax returns as soon as it is determined if the pre-petition retainers will be recovered (as discussed above).

Insurance info: n/a

Litigation: The Trustee does not have any pending litigation or known litigation claims. The Debtor has appealed to the 9th Circuit a $18.2m pre-petition judgment against him and in favor of the FTC. Ninth Circuit Court of Appeals Case No. 12-57064, filed November 13, 2012. If that judgment is overturned, this will be a surplus Estate. The Trustee is therefore monitoring the course of that litigation, which was argued and submitted on February 9, 2015. The Trustee is not in a position to have an opinion regarding the outcome of that case.

Estimated date all assets will be administered and all other matters completed.

The Trustee expects all issues with respect to the Snell & Wilmer retainer, including settlement and turnover, to be concluded by July 2015. The Trustee is not able at this time to predict when all other matters will be completed. Because 99.9% of the creditor body in this case is the FTC judgment, and that judgment is on appeal, the Trustee cannot reasonably make distributions to creditors, interim or final, until that matter is resolved.

Prior est TFR date: 9/30/15; 4/1/17

**Exhibit 8**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| | |
|---|---|
| **Case No:** 12-22893 | **Judge:** Catherine E. Bauer |
| **Case Name:** GUGLIUZZA, CHARLES FRANCIS | |
| **For Period Ending:** 07/14/2018 | |

| |
|---|
| **Trustee Name:** Richard A. Marshack (TR) |
| **Date Filed (f) or Converted (c):** 11/07/2012 (f) |
| **341(a) Meeting Date:** 12/18/2012 |
| **Claims Bar Date:** 02/24/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

[Pamela Kraus 2013-09-20 05:00:00]

**Initial Projected Date of Final Report(TFR) :** 09/30/2015      **Current Projected Date of Final Report(TFR) :** 12/31/2017

**Trustee's Signature**      /s/Richard A. Marshack (TR)      **Date:** 07/14/2018

Richard A. Marshack (TR)
870 Roosevelt
Irvine, CA 92620
Phone : (949) 333-7777

**Exhibit 8**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-22893 | | | Trustee Name: | Richard A. Marshack (TR) |
| Case Name: | GUGLIUZZA, CHARLES FRANCIS | | | Bank Name: | Union Bank |
| | | | | Account Number/CD#: | ******5205 Checking Account |
| Taxpayer ID No: | **-***3477 | | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 7/14/2018 | | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/19/2013 | | GUGLIUZZA II, CHARLES FRANCIS 17 CHARDONNAY DRIVE LADERA RANCH , CA 92694 | TURNOVER - DEBTOR/BANK | | 27,011.16 | | 27,011.16 |
| | [27] | | Lawsuit against Shea H Pending Construction Defect | 4,635.66 | 1129-000 | | |
| | [3] | | Cash Location: Debtor's Possession | 9,550.00 | 1129-000 | | |
| | [4] | | America Checking Account Location: Bank of | 699.00 | 1129-000 | | |
| | [25] | | Location: Debtor's Pos Officer Loan to Corporation | 4,877.95 | 1129-000 | | |
| | [5] | | America Savings Account Location: Bank of | 2,512.00 | 1129-000 | | |
| | [7] | | Bank (All funds i Checking Account Location: Chase | 3,154.50 | 1129-000 | | |
| | [6] | | Fargo Checking Account Location: Wells | 593.00 | 1129-000 | | |
| | [8] | | eTrade Account Location: eTrade | 989.05 | 1129-000 | | |
| 07/25/2013 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 26,996.16 |
| 08/26/2013 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 40.14 | 26,956.02 |
| 09/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 40.11 | 26,915.91 |
| | | | Page Subtotals | | 27,011.16 | 95.25 | |

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: **12-22893** | Trustee Name: **Richard A. Marshack (TR)** |
| Case Name: **GUGLIUZZA, CHARLES FRANCIS** | Bank Name: **Union Bank** |
| | Account Number/CD#: **\*\*\*\*\*\*5205 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*3477** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **7/14/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 38.76 | 26,877.15 |
| 11/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 39.99 | 26,837.16 |
| 12/09/2013 | [14] | CHARLES GUGLIUZZA | TURNOVER FROM DEBTOR LIFE INSURANCE POLICY | 1129-000 | 26,194.00 | | 53,031.16 |
| 12/09/2013 | | CHARLES GUGLIUZZA | Sale of Assets ESTATE'S INTEREST IN REAL PROPERTY, AUDI AND SUBURBAN | | 75,000.00 | | 128,031.16 |
| | [1] | | Chardonnay Dr Lade Debtor's Residence Location: 17                65,000.00 | 1110-000 | | | |
| | [29] | | Possession 2011 Suburban Location: Debtor's                5,000.00 | 1129-000 | | | |
| | [28] | | Debtor's Possessio 2007 Audi Q7 Mileage: Location:                5,000.00 | 1129-000 | | | |
| 12/09/2013 | [31] | CHARLES GUGLIUZZA | Sale of Assets ESTATE'S INTEREST IN 2012 BONUSES | 1229-000 | 5,480.26 | | 133,511.42 |
| 12/26/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 38.65 | 133,472.77 |
| 12/28/2013 | 3001 | MARSHACK HAYS LLP 870 ROOSEVELT IRVINE , CA 92620 | ATTORNEY FEES per order 12/27/13 | 3110-000 | | 18,110.00 | 115,362.77 |
| | | | Page Subtotals | | 106,674.26 | 18,227.40 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | |
|---|---|---|---|---|
| Case No: | 12-22893 | | Trustee Name: | Richard A. Marshack (TR) |
| Case Name: | GUGLIUZZA, CHARLES FRANCIS | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | ******5205 Checking Account |
| Taxpayer ID No: | **-***3477 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 7/14/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/28/2013 | 3002 | MARSHACK HAYS LLP<br>870 ROOSEVELT<br>IRVINE , CA 92620 | ATTORNEY EXPENSES<br>per order 12/27/13 | 3120-000 | | 164.60 | 115,198.17 |
| 01/27/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 147.28 | 115,050.89 |
| 02/03/2014 | 3003 | International Sureties LTD<br>701 Poydras St., Suite 420<br>New Orleans , LA 70139 | Bond Premium | 2300-000 | | 165.84 | 114,885.05 |
| 02/05/2014 | | ALEXANDRA GUGLIUZZA | Sale of Assets<br>BALANCE DUE FOR RESIDENCE AND SUBURBAN | | 105,050.00 | | 219,935.05 |
| | [1] | | Chardonnay Dr Lade Debtor's Residence Location: 17    94,000.00 | 1110-000 | | | |
| | [29] | | Possession 2011 Suburban Location: Debtor's    11,050.00 | 1129-000 | | | |
| 02/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 176.44 | 219,758.61 |
| 03/21/2014 | 3004 | FIDELITY NATIONAL TITLE<br>19000 MAC ARTHUR, 3RD FL<br>IRVINE , CA 92612 | TAXES - NON PAYROLL<br>DOCUMENTARY TRANSFER TAX RE: SALE OF EQUITY IN REAL PROPERTY TO DEBTOR'S SPOUSE | 2820-000 | | 174.90 | 219,583.71 |
| 03/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 270.17 | 219,313.54 |
| 04/09/2014 | [26] | CHARLES GUGLIUZZA | TURNOVER FROM DEBTOR<br>ESTATE'S INTEREST IN STATE INCOME TAX REFUND | 1124-000 | 16,552.85 | | 235,866.39 |
| | | | Page Subtotals | | 121,602.85 | 1,099.23 | |

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** 12-22893 | | | | **Trustee Name:** Richard A. Marshack (TR) | | |
| **Case Name:** GUGLIUZZA, CHARLES FRANCIS | | | | **Bank Name:** Union Bank | | |
| | | | | **Account Number/CD#:** ******5205 Checking Account | | |
| **Taxpayer ID No:** **-***3477 | | | | **Blanket bond (per case limit):** 5,000,000.00 | | |
| **For Period Ending:** 7/14/2018 | | | | **Separate bond (if applicable):** 0.00 | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 04/21/2014 | [32] | CHARLES GUGLIUZZA | TURNOVER FROM DEBTOR ESTATE'S INTEREST IN STATE INCOME TAX REFUND | 1224-000 | 37,820.85 | | 273,687.24 |
| 04/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 326.53 | 273,360.71 |
| 05/27/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 348.34 | 273,012.37 |
| 06/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 406.21 | 272,606.16 |
| 07/17/2014 | 3005 | International Sureties LTD 701 Poydras St., Suite 420 New Orleans , LA 70139 | Bond Increase | 2300-000 | | 39.54 | 272,566.62 |
| 07/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 392.57 | 272,174.05 |
| 08/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 405.02 | 271,769.03 |
| 09/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 404.40 | 271,364.63 |
| 10/27/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 390.78 | 270,973.85 |
| 11/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 403.24 | 270,570.61 |
| | | | Page Subtotals | | 37,820.85 | 3,116.63 | |

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No:** 12-22893 | **Trustee Name:** Richard A. Marshack (TR) | |
| **Case Name:** GUGLIUZZA, CHARLES FRANCIS | **Bank Name:** Union Bank | |
| | **Account Number/CD#:** ******5205 Checking Account | |
| **Taxpayer ID No:** **-***3477 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 7/14/2018 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/26/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 389.64 | 270,180.97 |
| 01/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 402.04 | 269,778.93 |
| 02/25/2015 | 3006 | INTERNATIONAL SURETIES LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS , LA 70139 | Blanket Bond Payment | 2300-000 | | 275.53 | 269,503.40 |
| 02/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 401.45 | 269,101.95 |
| 03/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 362.09 | 268,739.86 |
| 04/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 399.88 | 268,339.98 |
| 05/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 386.47 | 267,953.51 |
| 06/16/2015 | 3007 | MARSHACK HAYS LLP 870 ROOSEVELT IRVINE , CA 92620 | ATTORNEY FEES per order 6/16/15 | 3110-000 | | 58,618.50 | 209,335.01 |
| 06/16/2015 | 3008 | MARSHACK HAYS LLP 870 ROOSEVELT IRVINE , CA 92620 | ATTORNEY EXPENSES per order 6/16/15 | 3120-000 | | 900.88 | 208,434.13 |
| | | | Page Subtotals | | 0.00 | 62,136.48 | |

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 12-22893 | | | Trustee Name: | Richard A. Marshack (TR) | |
| Case Name: | GUGLIUZZA, CHARLES FRANCIS | | | Bank Name: | Union Bank | |
| | | | | Account Number/CD#: | ******5205 Checking Account | |
| Taxpayer ID No: | **-***3477 | | | Blanket bond (per case limit): | 5,000,000.00 | |
| For Period Ending: | 7/14/2018 | | | Separate bond (if applicable): | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| 1 | 2 | 3 | 4 | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 06/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 398.72 | 208,035.41 |
| 07/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 345.35 | 207,690.06 |
| 08/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 309.12 | 207,380.94 |
| 09/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 308.59 | 207,072.35 |
| 10/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 298.20 | 206,774.15 |
| 11/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 307.69 | 206,466.46 |
| 12/28/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 297.33 | 206,169.13 |
| 01/17/2016 | 3009 | INTERNATIONAL SURETIES LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS , LA 70139 | Bond Premium | 2300-000 | | 159.85 | 206,009.28 |
| 01/25/2016 | [33] | Snell Wilmer LLP | SETTLEMENT PAYMENT | 1249-000 | 33,000.00 | | 239,009.28 |
| 01/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 306.81 | 238,702.47 |
| | | | Page Subtotals | | 33,000.00 | 2,731.66 | |

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** 12-22893 | | | | | **Trustee Name:** Richard A. Marshack (TR) | |
| **Case Name:** GUGLIUZZA, CHARLES FRANCIS | | | | | **Bank Name:** Union Bank | |
| | | | | | **Account Number/CD#:** ******5205 Checking Account | |
| **Taxpayer ID No:** **-***3477 | | | | | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 7/14/2018 | | | | | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 02/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 314.96 | 238,387.51 |
| 03/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 330.91 | 238,056.60 |
| 04/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 353.24 | 237,703.36 |
| 05/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 341.37 | 237,361.99 |
| 06/27/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 352.22 | 237,009.77 |
| 07/22/2016 | 3010 | International Sureties LTD 701 Poydras St., Suite 420 New Orleans , LA 70139 | Bond premium | 2300-000 | | 6.33 | 237,003.44 |
| 07/25/2016 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 340.41 | 236,663.03 |
| 08/22/2016 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 236,663.03 | 0.00 |
| | | | Page Subtotals | | 0.00 | 238,702.47 | |

UST Form 101-7-TDR (10/1/2010) (Page 17)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: **12-22893** | Trustee Name: **Richard A. Marshack (TR)** |
| Case Name: **GUGLIUZZA, CHARLES FRANCIS** | Bank Name: **Union Bank** |
| | Account Number/CD#: **\*\*\*\*\*\*5205 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*3477** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **7/14/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | |
|---|---|---|---|
| | Page Subtotals | | |
| | COLUMN TOTALS | 326,109.12 | 326,109.12 |
| | Less:Bank Transfer/CD's | 0.00 | 236,663.03 |
| | SUBTOTALS | 326,109.12 | 89,446.09 |
| | Less: Payments to Debtors | | 0.00 |
| | Net | 326,109.12 | 89,446.09 |

UST Form 101-7-TDR (10/1/2010) (Page 18)                    **Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-22893 | | Trustee Name: | Richard A. Marshack (TR) |
|---|---|---|---|---|
| Case Name: | GUGLIUZZA, CHARLES FRANCIS | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******7340 Checking Account |
| Taxpayer ID No: | **-***3477 | | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 7/14/2018 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/22/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 236,663.03 | | 236,663.03 |
| 09/06/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 96.00 | 236,567.03 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 330.57 | 236,236.46 |
| 11/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 330.11 | 235,906.35 |
| 12/05/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 329.65 | 235,576.70 |
| 01/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 329.22 | 235,247.48 |

| | | | Page Subtotals | | 236,663.03 | 1,415.55 | |

UST Form 101-7-TDR (10/1/2010) (Page 19)

**Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 12-22893 | **Trustee Name:** Richard A. Marshack (TR) | |
| **Case Name:** GUGLIUZZA, CHARLES FRANCIS | **Bank Name:** Texas Capital Bank | |
| | **Account Number/CD#:** ******7340 Checking Account | |
| **Taxpayer ID No:** **-***3477 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 7/14/2018 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/31/2017 | 52001 | INTERNATIONAL SURETIES LTD. 701 POYDRAS STREET SUITE 420 NEW ORLEANS , LA 70139 | Bond Premium | 2300-000 | | 135.75 | 235,111.73 |
| 02/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 328.73 | 234,783.00 |
| 03/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 328.13 | 234,454.87 |
| 04/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 327.62 | 234,127.25 |
| 05/03/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 327.17 | 233,800.08 |
| 06/05/2017 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 326.71 | 233,473.37 |

| | | Page Subtotals | 0.00 | 1,774.11 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No:** | 12-22893 | | | **Trustee Name:** | Richard A. Marshack (TR) | |
| **Case Name:** | GUGLIUZZA, CHARLES FRANCIS | | | **Bank Name:** | Texas Capital Bank | |
| | | | | **Account Number/CD#:** | ******7340 Checking Account | |
| **Taxpayer ID No:** | **-***3477 | | | **Blanket bond (per case limit):** | 5,000,000.00 | |
| **For Period Ending:** | 7/14/2018 | | | **Separate bond (if applicable):** | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 326.28 | 233,147.09 |
| 08/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 325.80 | 232,821.29 |
| 09/05/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 325.34 | 232,495.95 |
| 10/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 324.92 | 232,171.03 |
| 10/18/2017 | 52002 | International Sureties LTD<br>701 Poydras St<br>New Orleans, LA 70139 | Bond Premium | 2300-000 | | 5.67 | 232,165.36 |
| 11/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 324.45 | 231,840.91 |

| | | | Page Subtotals | | 0.00 | 1,632.46 | |

UST Form 101-7-TDR (10/1/2010) (Page 21)                                    **Exhibit 9**

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 12-22893 | **Trustee Name:** Richard A. Marshack (TR) | |
| **Case Name:** GUGLIUZZA, CHARLES FRANCIS | **Bank Name:** Texas Capital Bank | |
| | **Account Number/CD#:** ******7340 Checking Account | |
| **Taxpayer ID No:** **-***3477 | **Blanket bond (per case limit):** 5,000,000.00 | |
| **For Period Ending:** 7/14/2018 | **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/04/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 323.97 | 231,516.94 |
| 02/02/2018 | 52003 | Richard  A. Marshack<br>870 ROOSEVELT<br>IRVINE, CA 92620 | Trustee's Compensation | 2100-000 | | 19,555.46 | 211,961.48 |
| 02/02/2018 | 52004 | Richard  A. Marshack<br>870 ROOSEVELT<br>IRVINE, CA 92620 | | 2200-000 | | 124.06 | 211,837.42 |
| 02/02/2018 | 52005 | Marshack Hays LLP<br>870 Roosevelt<br>Irvine , CA 92620 | | 3110-000 | | 42,467.00 | 169,370.42 |
| 02/02/2018 | 52006 | Marshack Hays LLP<br>870 Roosevelt<br>Irvine , CA 92620 | | 3120-000 | | 1,114.55 | 168,255.87 |
| 02/02/2018 | 52007 | Hahn Fife & Company LLP<br>790 East Colorado Blvd, 9th Floor<br>Pasadena, CA 91101 | | 3410-000 | | 2,501.00 | 165,754.87 |
| 02/02/2018 | 52008 | Hahn Fife & Company LLP<br>790 East Colorado Blvd, 9th Floor<br>Pasadena, CA 91101 | | 3420-000 | | 477.30 | 165,277.57 |
| | | | Page Subtotals | | 0.00 | 66,563.34 | |

UST Form 101-7-TDR (10/1/2010) (Page 22)

**Exhibit 9**

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 12-22893 | |
| Case Name: | GUGLIUZZA, CHARLES FRANCIS | |
| Taxpayer ID No: | **-***3477 | |
| For Period Ending: | 7/14/2018 | |

| | |
|---|---|
| Trustee Name: | Richard A. Marshack (TR) |
| Bank Name: | Texas Capital Bank |
| Account Number/CD#: | ******7340 Checking Account |
| Blanket bond (per case limit): | 5,000,000.00 |
| Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| *02/02/2018 | 52009 | Federal Trade Commission 600 Pennsylvania Ave NW Stop M-8102B Washington, DC 20580 | Disb of 0.94% to Claim #00001A | 7100-004 | | 165,224.27 | 53.30 |
| 02/02/2018 | 52010 | American Express Bank, FSB c o Becket and Lee LLP PO Box 3001 Malvern, PA 19355 | Disb of 0.94% to Claim #00002 | 7100-000 | | 48.08 | 5.22 |
| 02/02/2018 | 52011 | American Express Bank, FSB c o Becket and Lee LLP PO Box 3001 Malvern, PA 19355 | Disb of 0.94% to Claim #00003 | 7100-000 | | 5.22 | 0.00 |
| *05/08/2018 | | Federal Trade Commission 600 Pennsylvania Ave NW Stop M-8102B Washington, DC 20580 | Stop Payment on Check 52009 | 7100-004 | | (165,224.27) | 165,224.27 |
| *05/09/2018 | 52012 | Federal Trade Commission 600 Pennsylvania Ave NW Stop M-8102B Washington, DC 20580 | replaces check #52009 | 7100-003 | | 16,524.27 | 148,700.00 |
| *05/31/2018 | | Federal Trade Commission 600 Pennsylvania Ave NW Stop M-8102B Washington, DC 20580 | replaces check #52009 | 7100-003 | | (16,524.27) | 165,224.27 |
| 05/31/2018 | 52013 | Federal Trade Commission 600 Pennsylvania Ave NW Stop M-8102B Washington, DC 20580 | replaces check 52009 | 7100-000 | | 165,224.27 | 0.00 |

| | Page Subtotals | 0.00 | 165,277.57 |
|---|---|---|---|

**Exhibit 9**

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 12-22893 | Trustee Name: **Richard A. Marshack (TR)** |
| Case Name: **GUGLIUZZA, CHARLES FRANCIS** | Bank Name: **Texas Capital Bank** |
| | Account Number/CD#: ********7340 Checking Account** |
| Taxpayer ID No: **\*\*-\*\*\*3477** | Blanket bond (per case limit): **5,000,000.00** |
| For Period Ending: **7/14/2018** | Separate bond (if applicable): **0.00** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | |
|---|---|---|---|
| Page Subtotals | | | |
| COLUMN TOTALS | 236,663.03 | 236,663.03 | |
| Less:Bank Transfer/CD's | 236,663.03 | 0.00 | |
| SUBTOTALS | 0.00 | 236,663.03 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 236,663.03 | |

| | |
|---|---|
| All Accounts Gross Receipts: | 326,109.12 |
| All Accounts Gross Disbursements: | 326,109.12 |
| All Accounts Net: | 0.00 |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******5205 Checking Account | 326,109.12 | 89,446.09 | |
| ******7340 Checking Account | 0.00 | 236,663.03 | |
| **Net Totals** | 326,109.12 | 326,109.12 | 0.00 |

UST Form 101-7-TDR (10/1/2010) (Page 24)

**Exhibit 9**